**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lemuel Fezell JACKSON, Defendant—
Appellant.**

**No. 02–35646.**

**D.C. No. CV–02–00073–FVS,
CR–92–00298–FVS.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN, and
T.G. NELSON, Circuit Judges.

MEMORANDUM**

Federal prisoner Lemuel Fezell Jackson appeals pro se the district court's order denying his motion brought pursuant to 28 U.S.C. § 2255 to vacate the 188–month sentence imposed on remand for his conviction by guilty plea to possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Jackson contends that the district court's use of the preponderance of evidence standard to find at sentencing that Jackson's offense involved crack cocaine violated his due process rights under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147

L.Ed.2d 435 (2000). Jackson is not entitled to relief because the new rule of criminal procedure announced in *Apprendi* does not apply retroactively to cases on collateral review. *United States v. Sanchez–Cervantes*, 282 F.3d 664, 667–671 (9th Cir. 2002). The district court's order is therefore

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

